**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6617

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAMES COREY WARREN,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:21-cr-00082-AWA-LRL-1)

Submitted:  October 16, 2025                     Decided:  October 21, 2025

Before KING, AGEE, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Corey Warren, Appellant Pro Se.  Elizabeth Marie Yusi, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Corey Warren appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), as supplemented. After reviewing the record, we conclude that the district court did not abuse its discretion in concluding that Warren had not established extraordinary and compelling circumstances and that, in any event, the 18 U.S.C. § 3553(a) factors counseled against his early release. *See United States v. Johnson*, 143 F.4th 212, 215 (4th Cir. 2025) (stating standard). Moreover, while the three-year delay in the district court's ruling does appear excessive, Warren may file a new motion for compassionate release if his circumstances have materially changed, and the delay does not automatically entitle Warren to relief, as he suggests. Accordingly, we deny Warren's motion for appointment of counsel and affirm the district court's order. *United States v. Warren*, No. 2:21-cr-00082-AWA-LRL-1 (E.D. Va. July 7, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*